**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| LISA DeFRANK, CHRIS GARCIA, CARL GERSH, WENDY DOWDS, MARIA KEENE, EBEN HABER, PRISCILLA McCALL, DANIELLE BALLAK, and JOSEPH CASPER, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendant*. | Civil Action No. 2:19-cv-21401(KM)(ESK) |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Lisa DeFrank, Chris Garcia, Carl Gersh, Wendy Dowds, Maria Keene, Eben Haber, Priscilla McCall, Danielle Ballak, and Joseph Casper (collectively, "Plaintiffs"), and Samsung Electronics America, Inc., through their undersigned counsel, have met, conferred, and hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss (i) Plaintiffs' claims with prejudice, and (ii) the class claims without prejudice. Each party is to bear its own attorneys' fees and costs.

## ORDER

Upon the stipulation of the Parties, IT IS HEREBY ORDERED that the Plaintiffs' claims are dismissed with prejudice and the class claims are dismissed without prejudice.  Each party is to bear its own attorneys' fees and costs.

_____

Hon.  Kevin McNulty, U.S.D.J.

**DATED: November 5, 2021**

**STIPULATED AN AGREED BY:**

_/s/ Joseph G. Sauder_
Joseph G. Sauder
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: 610.200.0580
Facsimile: 610.727.4360
Email: jgs@sstriallawyers.com

LITE DEPALMA GREENBERG
 & AFANADOR
Bruce D. Greenberg
Susana Cruz Hodge
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
E-mail: scruzhodge@litedepalma.com

**Attorneys for Plaintiffs**

_Joseph P. LaSala_
McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Joseph P. LaSala
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
Telephone: (973) 993-8100
Facsimile: (973) 425-0161
E-mail: jlasala@mdmc-law.com

Kip T. Bollin (pro hac vice)
Jesse L. Jenike-Godshalk (pro hac vice)
THOMPSON HINE LLP
3900 Key Center, 127 Public Square
Cleveland, OH 44114
Telephone: 216-566-5786
Facsimile: 216-566-5800
Email: kip.bollin@thompsonhine.com
Jesse Jenike-Godshalk (pro hac vice)
Melanie M. Lazor (pro hac vice)
THOMPSON HINE LLP
312 Walnut Street, 14th Floor
Cincinnati, OH 45202
Telephone: 513-352-6700
Facsimile: 513-241-4771
Email: jesse.godshalk@thompsonhine.com
melanie.lazor@thompsonhine.com
**Attorneys for Defendant**
**Samsung Electronics America, Inc.**