# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA DeFRANK, CHRIS GARCIA, CARL GERSH, WENDY DOWDS, MARIA KEENE, EBEN HABER, PRISCILLA McCALL, DANIELLE BALLAK, and JOSEPH CASPER, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendant*. | Civil Action No. 2:19-cv-21401(KM)(ESK) |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs, Lisa DeFrank, Chris Garcia, Carl Gersh, Wendy Dowds, Maria Keene, Eben Haber, Priscilla McCall, Danielle Ballak, and Joseph Casper (collectively, "Plaintiffs"), and Samsung Electronics America, Inc., through their undersigned counsel, have met, conferred, and hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss (i) Plaintiffs' claims with prejudice, and (ii) the class claims without prejudice. Each party is to bear its own attorneys' fees and costs.

## **ORDER**

Upon the stipulation of the Parties, IT IS HEREBY ORDERED that the Plaintiffs' claims are dismissed with prejudice and the class claims are dismissed without prejudice. Each party is to bear its own attorneys' fees and costs.

                                **/s/ Kevin McNulty**
                                Hon. Kevin McNulty, U.S.D.J.

| | |
|---|---|
| **DATED: November 5, 2021** | **STIPULATED AN AGREED BY:** |
| | |
| */s/ Joseph G. Sauder* | *Joseph P. LaSala* |
| Joseph G. Sauder | McELROY, DEUTSCH, MULVANEY |
| SAUDER SCHELKOPF LLC | & CARPENTER, LLP |
| 1109 Lancaster Avenue | Joseph P. LaSala |
| Berwyn, Pennsylvania 19312 | 1300 Mount Kemble Avenue |
| Telephone: 610.200.0580 | P.O. Box 2075 |
| Facsimile: 610.727.4360 | Morristown, New Jersey 07962-2075 |
| Email: jgs@sstriallawyers.com | Telephone: (973) 993-8100 |
| | Facsimile: (973) 425-0161 |
| LITE DEPALMA GREENBERG | E-mail: jlasala@mdmc-law.com |
|   & AFANADOR | |
| Bruce D. Greenberg | Kip T. Bollin (pro hac vice) |
| Susana Cruz Hodge | Jesse L. Jenike-Godshalk (pro hac vice) |
| 570 Broad Street, Suite 1201 | THOMPSON HINE LLP |
| Newark, NJ 07102 | 3900 Key Center, 127 Public Square |
| Telephone: (973) 623-3000 | Cleveland, OH 44114 |
| Facsimile: (973) 623-0858 | Telephone: 216-566-5786 |
| jdepalma@litedepalma.com | Facsimile: 216-566-5800 |
| E-mail: scruzhodge@litedepalma.com | Email: kip.bollin@thompsonhine.com |
| | Jesse Jenike-Godshalk (pro hac vice) |
| | Melanie M. Lazor (pro hac vice) |
| **Attorneys for Plaintiffs** | THOMPSON HINE LLP |
| | 312 Walnut Street, 14th Floor |
| | Cincinnati, OH 45202 |
| | Telephone: 513-352-6700 |
| | Facsimile: 513-241-4771 |
| | Email: jesse.godshalk@thompsonhine.com |
| | melanie.lazor@thompsonhine.com |
| | **Attorneys for Defendant** |
| | **Samsung Electronics America, Inc.** |